AO 442 (Rev. 11/11) Arrest Warrant

FILED 94

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

2021 NOV 18 PM 2:57

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  4:21mj1242 |
| NATHAN CLARK | ) | |
| | ) | 21-2099M |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __NATHAN CLARK__

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. Sec. 751(a)-ESCAPE: Escape from the Custody of the Attorney General from an authorized Bureau of Prison's designated facility-Halfway House.

Date: June 03, 2021

*Issuing officer's signature*

City and state: Houston, Texas

Sam Sheldon, U.S. Magistrate Judge SDTX
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-18-2021, and the person was arrested on *(date)* 11-18-2021
at *(city and state)* Kinney County, TX

Date: 11-18-2021

*Arresting officer's signature*

Sprout, Ryan   DUSM
*Printed name and title*

FID 8944894

**FILED**
NOV 1 8 2021

AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ Southern District of Texas
DEPUTY CLERK

June 03, 2021

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NATHAN CLARK | ) | Case No. 4:21mj1242 |
|  | ) | 21-2099M |
|  | ) | |
|  | ) | |
| Defendant(s) | ) | |

TRUE COPY I CERTIFY
ATTEST: June 03, 2021
NATHAN OCHSNER, Clerk of Court
By: Kathy Murphy
Deputy Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 15, 2021** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec, 751(a)-Escape | and did knowingly escape from the custody of an institution or facility in which he was confined by direction of the Attorney General, or by virtue of any process issued under the laws of the United States by any Court, Judge, or Magistrate Judge, namely, a Judgment and Commitment of the United States District Court for the Southern District of Texas upon conviction of a felony offense |

This criminal complaint is based on these facts:

Nathan Clark was sentenced in Houston, Texas within the Southern District of Texas, to 125 months and 5 years supervised release for Bank Robbery and Aiding and Abetting the using and carrying of a firearm during a crime of violence on March 19, 2013. On April 15, 2021, it was determined that NATHAN CLARK escaped the Leidel Residential Re-Entry Center in Houston, Texas, a designated federal BOP half-way house authorized by the Attorney General.

☒ Continued on the attached sheet.

_____
Complainant's signature

Jessica Quintanilla, DVSM
Printed name and title

Sworn to before me and signed in my presence.

Date: June 03, 2021

_____
Judge's signature

City and state: Houston, Texas

Sam Sheldon, U.S. Magistrate Judge SDTX
Printed name and title

## Affidavit in Support of Criminal Complaint

I, Jessica Quintanilla, being duly sworn hereby depose and state:

1. That I am a Deputy United States Marshal with the United States Marshal Service in Houston, Texas and have been employed in this capacity since April 2010.

2. During my employment with the United States Marshal Service, I have trained investigations relating to the escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders & Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3. This affidavit is prepared in conjunction with the request for a complaint and arrest warrant for NATHAN CLARK who escaped from the Leidel RRC halfway house detention facility located at 1819 Commerce St, Houston, Texas 77002 located within the SDTX, on April 15, 2021, at 2:35pm.

4. Leidel RRC Houston is a privately operated halfway house contracted by the United States Bureau of Prisons as an authorized representative of the Attorney General of the United States to house federal prisoners.

5. NATHAN CLARK was convicted, in the SDTX in Case number 4:12-cr-453 of Count One-18 U.S.C. sec.2113(a) & (b)-Bank Robbery and Count Two-18 U.S.C. sections 924(c)(1)(A)(ii) and 2- Aiding & Abetting using and carrying a firearm during and relation to a crime of violence, on March 19, 2013 and sentenced to a combined total of 125 months, $200.00 special assessment, and 5 years supervised release.

6. On November 11, 2020, NATHAN CLARK was placed in the Leidel RRC facility in Houston, Texas and within the SDTX, by the United States Bureau of Prisons to serve the remainder of his sentence with a projected release date of May 11, 2021.

7. On April 15, 2021, at 2:35pm, Leidel RRC staff conducted an accountability check on inmate NATHAN CLARKS' home detention site whom they know by name and by site. Inmate NATHAN CLARK was unaccountable and attempts to determine his whereabouts were unsuccessful.

8. On April 15, 2021 the U.S. Marshals office was notified at approximately 3:45pm. The USMS also received a BP A0393 NOTICE OF ESCAPED FEDERAL PRISONER identifying NATHAN CLARK as the escapee.

9. On April 15, 2021, after being notified of the escape, the U.S. Marshals declared NATHAN CLARK as an escaped prisoner and entered him in the NCIC, for the violation of Title 18 USC 751(a), and began the fugitive investigation.

10.     Based on the information above and the USMS fugitive investigation, I believe that NATHAN CLARK has escaped from his home detention as supervised by Leidel RRC.

11.     I believe that probable cause exists that NATHAN CLARK violated Title 18, United States Code, Section 751(a); Escape.

Jessica Quintanilla
Deputy U.S. Marshal
United States Marshal Service

Sworn by telephone on June 3, 2021 and I find probable cause.

Sam Sheldon
United States Magistrate Judge